**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:           CHAPTER 13
                                    CASE NO. 11-53622-SWR
JENNIFER A NOWRY,        JUDGE STEVEN W RHODES
Debtor.
_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

      **NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

      1. As debtor received a Chapter 7 discharge on December 3, 2004 in a case filed on August 30, 2004 and is not eligible to file under Chapter 7 pursuant to 11 U.S.C. § 727(a)(8), Trustee objects to the plan as having been proposed in bad faith or by means, which are prohibited by law because the proposed dividend to unsecured creditors is a *de minimis* amount and, therefore, the debtor's(s') Chapter 13 Plan is really a disguised liquidation.

      2. Trustee requests 3 most **recent** pay stubs in order to verify debtor's(s') income. Trustee requires the pay stubs to be received by the Trustee immediately.

      3. As debtor has a lean budget after payment of her rent and car payment, Trustee questions the feasibility of debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1325(a)(6).

      **WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

                              OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                              Krispen S. Carroll, Chapter 13 Trustee

June 30, 2011               /s/ Margaret Conti Schmidt
                             KRISPEN S. CARROLL (P49817)
                             MARGARET CONTI SCHMIDT (P42945)
                             MARIA GOTSIS (P67107)
                             719 Griswold Street
                             1100 Dime Building
                             Detroit, MI 48226
                             (313) 962-5035
                             notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 11-53622-SWR
JENNIFER A NOWRY, JUDGE STEVEN W RHODES
Debtor.

_____/

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

GUY T CONTI PLLC
2002 HOGBACK RD STE 11
ANN ARBOR, MI 48105-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

JENNIFER A NOWRY
511 CANTERBURY
CANTON, MI 48187-0000

June 30, 2011                    /s/ Barbara A. Ecclestone
                                 Barbara A. Ecclestone
                                 For the Office of the Chapter 13 Trustee-Detroit
                                 719 Griswold Street
                                 1100 Dime Building
                                 Detroit, MI 48226
                                 (313) 962-5035
                                 notice@det13ksc.com